**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANA GLENN, an individual,

     Plaintiff,

                    Case No. _____

vs.

                    Jury Trial ☐ Yes ☒ No

ERIC CHRISTOPHER WILLIAMS, an individual,

     Defendant.

                                                     /

DANA GLENN
*In Pro Per*
2308 Mt Vernon Ave, Suite 443
Alexandria, Virginia 22301
(202) 701-7853
Danaglenn151@gmail.com

                                                     /

## CIVIL COMPLAINT

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this complaint pending in this court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge.

NOW COMES Plaintiff, Dana Glenn, for her Complaint, and states as follows:

**PARTIES, JURISDICTION AND VENUE**

1.    Plaintiff, Dana Glenn ("Glenn" or "Plaintiff"), is an individual residing in Alexandria, Virginia.

2.    Defendant, Eric Christopher Williams ("Williams" or "Defendant"), is an individual working in the city of Detroit, County of Wayne, State of Michigan.

3.    This Court has jurisdiction under 28 U.S.C. §1332 (Diversity Jurisdiction) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

4. Venue is proper in this district under 28 U.S.C. §1391 because a substantial part of the events giving rise to the claim occurred in this district.

## GENERAL ALLEGATIONS

5. On or about March 26, 2025, the Defendant made false and defamatory statements concerning Plaintiff to Traci Kemp Brocks.

6. Specifically, Defendant stated that Plaintiff is unchaste and promiscuous related to certain acts with various men in college.

7. Upon information and belief, these statements were also made over the past year to former high school classmates, college classmates, and acquaintances of Plaintiff constituting publication to third parties.

8. These statements are false. The Plaintiff is chaste and has not engaged in the alleged sexual misconduct.

9. The Defendant knew the statements were false, or acted with reckless disregard for the truth when making them.

10. The statements made by Defendant constitute an imputation of a lack of chastity.

## COUNT I

### DEFAMATION/SLANDER *PER SE*

11. Plaintiff hereby incorporates by reference the allegations set forth above as though fully set forth herein. Defendant made a false statement of fact regarding the Plaintiff.

12. The statement was published to a third party.

13. The statement was not privileged.

14. The statement is actionable *per se* under MCL 600.2911, as it falsely imputes a lack

of chastity to the Plaintiff.

15.     Due to the defamatory nature of the statements, damages to Plaintiff's reputation, feelings, and standing in the community are presumed.

16.     As a direct and proximate result of Defendant's actions, Plaintiff has suffered and continues to suffer:

    a.  Severe shame, mortification, and mental anguish;

    b.  Damage to her reputation; and

    c.  Humiliation in the community.

**COUNT II**

**<u>FALSE LIGHT</u>**

17.  Plaintiff hereby incorporates by reference the allegations set forth above as though fully set forth herein.

18.  Defendant publicized a matter concerning the Plaintiff that placed her before the public in a false light.

19.  The false light would be highly offensive to a reasonable person.

20.  Defendant acted with knowledge or reckless disregard for the falsity of the publicized matter.

21.  As a direct and proximate result of Defendant's actions, Plaintiff has suffered and

continues to suffer:

      a.  Severe shame, mortification, and mental anguish;

      b.  Damage to her reputation; and

      c.  Humiliation in the community.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court enter a judgment in her favor against Defendant, awarding: general damages in an amount to be determined at trial; exemplary and punitive damages for the malicious nature of the defamation; costs and reasonable attorney fees; and such other relief as the Court deems just and proper.

By:  */s/ Dana Glenn*
      Dana Glenn
      *In Pro Per*
      2308 Mt Vernon Ave, Suite 443
      Alexandria, Virginia 22301
      (202) 701-7853
      danaglenn151@gmail.com

Dated:  March 25, 2026

## CERTIFICATION AND CLOSING OF COMPLAINT

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*/s/ Dana Glenn*
Dana Glenn

Dated:  March 25, 2026